CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 04 2007

JOHN F. CORCORAN, CLERK
BY:
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DONELL J. BLOUNT, SR.<br>　　Plaintiff, | )<br>)　Civil Action No. 7:06CV00312<br>) |
| v. | )　**FINAL ORDER**<br>) |
| C/O GENTRY,<br>　　Defendants. | )　By: Hon. Glen E. Conrad<br>)　United States District Judge |

In accordance with the accompanying memorandum opinion, it is now

## ORDERED

as follows:

1. The motion for summary judgment filed by Correctional Officer Gentry, Correctional Officer Sexton, Tracy Ray, Larry Huffman, Correctional Officer D. Fleming, Correctional Officer J. Fleming, and Correctional Officer Rasnick shall be and hereby is **GRANTED**;

2. The plaintiff's motion for voluntary dismissal of his third group of claims shall be and hereby is **GRANTED**;

3. The plaintiff's remaining claims shall be and hereby are **DISMISSED**, pursuant to 28 U.S.C. § 1915A(b)(1), for failure to state a claim upon which relief may be granted;

4. All other pending motions shall be and hereby are **DISMISSED** as moot; and

5. This action shall be and hereby is **STRICKEN** from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the plaintiff.

ENTER: This ___3rd___ day of May, 2007.

　　　　　　　　　　　　　　　　　　／s／ Glen Conrad
　　　　　　　　　　　　　　　　　　United States District Judge